UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID REEVES, BILLIE REEVES,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

    Plaintiffs,

v.                                                                      Case No.  6:13-cv-597-Orl-28TBS

ZEALANDIA HOLDING COMPANY, INC.,
FESTIVA'S ORLANDO RESORT OWNERS
ASSOCIATION, INC.,  RCI, LLC, B.L.
VACATION OWNERSHIP, INC., ,

    Defendants.

_____

## ORDER

Pending before the Court is Plaintiffs' Request for Entry of Default (Doc. 91), which the Court construes as a motion.  The Court will CARRY the motion for 14 days during which time any party may submit evidence regarding John M. Paradis' status as registered agent for Celebration World Resort Marketing, Ltd., on June 21, 2013.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on September 20, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel