UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID REEVES, BILLIE REEVES,
ALLISON PLEVRAKIS, AMPHON
JOHNSON, ALFREINO JOHNSON and
ANASTASIOS PLEVRAKIS,

    Plaintiffs,

v.                                          Case No:   6:13-cv-597-Orl-28TBS

ZEALANDIA HOLDING COMPANY, INC.,
RCI, LLC, B.L.VACATION OWNERSHIP,
INC., CELEBRATION WORLD RESORT
MARKETING, LTD, PATTON
HOSPITALITY MANAGEMENT, LLC and
FESTIVA ORLANDO RESORT
HOMEOWNERS ASSOCIATION, INC.,

    Defendants.

## ORDER

This case is before the Court on the Motion of Tyson Pulsifer for Temporary Admission (Doc. 127).   On July 8, 2015, the Court ordered that if the case was not fully resolved by August 7, 2015, the parties must appear in person for a status conference on August 14, 2015 at 1:30 p.m. (Doc. 126).   Apparently the case has not settled and Mr. Pulsifer seeks admission to the bar of the Court for the limited purpose of attending the status conference.   As grounds, he says attorney Shannon Zetrouer will be out of the country on August 14 and he is the only lawyer in the firm who is available and who has sufficient knowledge of the case to provide a status report to the Court (Doc. 127-1, ¶ 3).

The motion is properly denied because it does not explain why Ms. Zetrouer will be out of the country; it does not comply with Local Rule 3.01(g); and it does not show that Mr. Pulsifer is qualified for admission to the bar of the Court.   The Court finds that these

considerations are outweighed by the need to have a knowledgeable attorney representing Plaintiffs at the status conference. Accordingly, the motion is **GRANTED in part**. Mr. Pulsifer is not admitted to the bar of the Court but he will be permitted to appear on behalf of Plaintiffs at the August 14, 2015 status conference.

Within 14 days following her return to the United States, Ms. Zetrouer shall explain to the Court in writing why she was not present for the status conference.

**DONE** and **ORDERED** in Orlando, Florida on August 11, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties